**No. 09-10305. Christopher Ysais, Petitioner v. Consuelo Angela Ysais.**

561 U.S. 1050, 131 S. Ct. 49, 177 L. Ed. 2d 1138, 2010 U.S. LEXIS 5638.

August 16, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1013, 130 S. Ct. 3474, 177 L. Ed. 2d 1069, 2010 U.S. LEXIS 5054.